**DV**

**PROBATE COURT 2**

ACCEPTED
01-15-00901-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 3:00:00 AM
11/10/2015 3:20:58 PM
CHRISTOPHER A. PRINE
Harris County CLERK

Cause No. 295986-401

| | | |
|---|---|---|
| DONNA KOHLHAUSEN, as | § | IN THE PROBATE COURT |
| Independent Executor of the Estate of | § | |
| Valleyssa Joste Cerra, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| BRIAN KEITH BAXENDALE, as | § | |
| Independent Executor of the Estate of | § | |
| Kelley William Joste aka William Kelley | § | |
| Joste, | § | |
| Defendant. | § | OF HARRIS COUNTY, TEXAS |
| | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 3:20:58 PM
CHRISTOPHER A. PRINE
Clerk No. 2

## NOTICE OF APPEAL

Plaintiff Donna Kohlhausen, as Independent Executor of the Estate of Valleyssa Joste Cerra ("Plaintiff") appeals from the probate court's order granting Defendant Brian Keith Baxendale, as Independent Executor of the Estate of Kelley William Joste's motion for summary judgment signed on August 11, 2015, the probate court's order denying Plaintiff's motion for reconsideration signed on October 6, 2015, and all adverse interlocutory rulings that merged into the judgment. Plaintiff takes this appeal to either the First or Fourteenth Court of Appeals.

Plaintiff respectfully asks the trial clerk to send a copy of this notice of appeal immediately to the appellate court clerk and to the court reporter responsible for preparing the reporter's record.

1

Respectfully submitted,

JOHNS MARRS ELLIS & HODGE LLP

      /s/ Joseph R. Marrs

Joseph R. Marrs
State Bar No. 24037029
jmarrs@jmehlaw.com
Leah K. Lanier
State Bar No. 24080068
llanier@jmehlaw.com
500 Dallas Street, Suite 1350
Houston, Texas 77002
(713) 609-9503
(713) 583-5825 fax

*Attorneys for Plaintiff Donna Kohlhausen, as Independent Executor of the Estate of Valleyssa Joste Cerra, Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2015, a true and correct copy of the foregoing was sent to the following:

James H. Stilwell                                                                  ***Via E-Service***
1400 Woodloch Forest Drive, Ste. 590
The Woodlands, TX 77380
(281) 419-6200


          /s/ Joseph R. Marrs
          Joseph R. Marrs